**Order entered November 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00934-CR

**CHRISTOPHER JUSTIN SCARBOROUGH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-82799-2019**

## ORDER

Before the Court is the November 20, 2019 second request of court reporter LaToya Young-Martinez for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed no later than December 20, 2019. We caution Ms. Young-Martinez that further extensions are disfavored.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE